UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JASON GOODRICH,**

    **Plaintiff,**

v.                                       **CASE NO: 8:08-CV-1552-T-30MAP**

**CITY OF TAMPA, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order was entered on March 27, 2009 (Dkt. #14), which dismissed the complaint and provided Plaintiff twenty (20) days in which to file an amended complaint as to Count II and/or advise the Court of his desire to remand the case to state court as to Count II. The deadline for filing an amended complaint passed and Plaintiff did not notify the Court regarding any intent to remand the case. Accordingly, as Plaintiff failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed without prejudice.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 19, 2009.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Even\2008\08-cv-1552.dismissal.wpd*